AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2021 OCT 27 PM 4:45
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Package Tracking Number<br>9505512858421293604421 postmarked October 20,<br>2021 | Case No. 3:21-mj-384 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package, 9505512858421293604421, addressed to Tina A. 1597 Columbus Ave. SpringField, OH 45503, with a return address of Glass & CO. 3637 opal St. Riverside, CA 92509.

located in the _____ Southern _____ District of _____ Ohio _____, there is now concealed *(identify the person or describe the property to be seized)*:

controlled substances; currency used to pay for or representing the proceeds of controlled substances; as well as documents or other materials inside of the parcel that may assist in identifying its true sender

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Use of a communication facility to commit a drug felony |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Joseph Rossiter*
Applicant's signature

Joseph L. Rossiter, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone _____ *(specify reliable electronic means)*.

Date: 10/27/2021

City and state: Dayton, OH

Peter B. Silvain, Jr.
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY MAIL PACKAGE TRACKING NUMBER 9505512858421293604421 | Case No. _____<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Joseph Rossiter**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the

1

package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On October 22, 2021, Postal Inspectors intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center (NDC). The Package was placed in a controlled storage area, and has been stored in a secure manner to maintain the integrity of the contents. The Package is a Priority Mail large flat rate box, bearing tracking number 9505512858421293604421, postmarked October 20, 2021, with the following address information:

**Sender:** Glass & CO.
3637 opal St.
Riverside, CA 92509

**Addressee:** Tina A.
1597 Columbus Ave.
SpringField, OH 45503

Through training and experience as a Postal Inspector, I know that Southern California is a known drug-source location.

4. I performed a check in CLEAR database for the addressee's information on the Package of "Tina A. 1597 Columbus Ave. SpringField, OH 45503." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "Tina A." associated with 1597 Columbus Ave., Springfield, OH 45503.

5. I also performed a check in CLEAR for the sender's information listed on the Package of "Glass & CO. 3637 opal St. Riverside, CA 92509." According to CLEAR, there is no business "Glass & CO." associated with 3637 Opal St,. Riverside, CA 92509. Also according to CLEAR, 3637 Opal S.t, Riverside, CA 92509 is not a valid address. Based on my training and experience,

I know that drug traffickers often place fictitious business names and mailing addresses on drug parcels so that, if the parcel is discovered, law enforcement will have a difficult time discovering the true identity of the package's sender.

6. On October 27, 2021, at Postal Inspectors' request, Hamilton County Sheriff's Office Deputy Nick Poole conducted a narcotics-detection canine "free air" check of the outside of the Package. Postal Inspectors were present during this check. The Package was placed in a controlled area and presented to narcotics-detection canine, "Akim." As set forth in the attached affidavit of Deputy Poole, "Akim" alerted positively for the presence or odor of a narcotic or other controlled substance on the Package. "Akim" is a properly trained and certified narcotics-detection canine.

7. Based on my training and experience as a United States Postal Inspector, I know that the Package had multiple indicators that it contains either controlled substances or United States currency representing proceeds of, or designated for the purchase of, controlled substances, including: (i) no known association between the sender and return address; and (ii) no known association between the addressee and recipient address, and (iii) the positive alert of the narcotics-detection canine to the presence of controlled substances.

Based on the foregoing, I submit that there is probable cause for a warrant to search the Package for: controlled substances; currency used to pay for or representing the proceeds of, controlled substances; as well as documents or other materials inside of the parcel that may assist in identifying its true sender.

Further, your affiant sayeth naught.

Respectfully submitted,

*Joseph Rossiter*

Joseph L. Rossiter
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 27th day of October, 2021.

Peter B. Silvain, Jr.
United States Magistrate Judge

United States Postal Inspection Service
Pittsburgh Division

**OFFICER AFFIDAVIT**

I, DEPUTY N. POOLE, AM, AND HAVE BEEN, EMPLOYED BY THE HAMILTON COUNTY SHERIFF'S OFFICE, SINCE 2004. AMONG OTHER DUTIES, I AM CURRENTLY THE ASSIGNED HANDLER OF NARCOTICS DETECTION CANINE "AKIM", WHICH IS TRAINED AND CERTIFIED IN THE DETECTION OF THE PRESENCE OR ODOR OF NARCOTICS DESCRIBED AS FOLLOWS:

Marijuana, Cocaine, Heroin, Methamphetamines, and their derivatives

ON 10/27/2021, AT THE REQUEST OF POSTAL INSPECTOR A. KREMER I RESPONDED TO THE US POSTAL INSPECTION SERVICE CINCINNATI FIELD OFFICE WHERE "AKIM" DID ALERT TO AND INDICATE UPON THE FOLLOWING DESCRIBED ITEM:

USPS Priority Mail, USPS Tracking Number: 9505 5128 5842 1293 6044 21, addressed to Tina A., 1597 Columbus Ave., Springfield, OH 45503 with a return address of Glass & CO., 3637 Opal St, Riverside, CA 92509.

BASED ON MY TRAINING AND EXPERIENCE AND THAT OF "AKIM", I CONSIDER THE ABOVE DESCRIBED ITEM TO CONTAIN WITHIN OR UPON THE PRESENCE OR ODOR OF A NARCOTIC OR OTHER DANGEROUS CONTROLLED SUBSTANCE.

_(Signature and Date)_  10/27/21

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 513-684-8060
FAX: 513-684-8009